IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD WALSH    , | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 03-269E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| WAL-MART STORES, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Edward Walsh, Plaintiff in this action, hereby appeals pursuant to F.R.A.P. 3 and 4 to the United States Court of Appeals for the Third Circuit from the Opinion and Order of Court dated June 28, 2005 by the Honorable United States District Judge, Maurice B. Cohill Jr..

Respectfully submitted,

LAW OFFICES OF NEAL A.SANDERS

Dated: July 25,2005

By: _____
Neal A. Sanders, Esquire
Counsel for Plaintiff,
Edward Walsh

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July, 2005, a true and correct copy of the foregoing **Notice of Appeal** was mailed by United States Mail, first class, postage prepaid, to the following:

David S. Fryman, Esquire
Farrah I. Gold, Esquire
BALLARD, SPAHR, ANDREWS & INGERSOLL, L.L.P
1735 Market Street 51st Floor
Philadelphia, PA 19103-7599

Dated: July 25, 2005                    By: _____
                                        Neal A. Sanders, Esquire
                                        Counsel for Plaintiff,
                                        Edward Walsh

                                        LAW OFFICES OF NEAL A. SANDERS
                                        1924 North Main Street Ext.
                                        Butler, Pennsylvania 16001

                                        (724) 282-7771
                                        PA ID No. 54618

LAW OFFICES OF

# NEAL A. SANDERS

1924 NORTH MAIN STREET EXT.
BUTLER, PENNSYLVANIA 16001
(724) 282-7771
FAX: (724) 285-6341

NEAL A. SANDERS*
DIRK D. BEUTH
*Admitted also in District of Columbia

July 25, 2005

HAND DELIVERED

R.V. Barth, Jr. Clerk
U.S. Post Office and Courthouse
Room 102
617 State Street
Erie, Pennsylvania 16501

RE:  **EDWARD WALSH vs. WAL-MART STORES, INC.**
     **Notice of Appeal       Case # 03-269E**

Dear Mr. Barth,

    Enclosed is the original copy of the Notice of Appeal in this matter.  Also enclosed is one (1) extra copy for the opposing attorney of record.  Finally an extra copy is enclosed to be date stamped and returned to me in the self addressed stamped envelope.

    A filing fee of $255.00 (two hundred fifty five dollars) is enclosed.  There have been no court reporters or stenographers in this case to date.

                                        Very truly yours,

                              By: _____
                                   Neal A. Sanders, Esquire

Enclosure (s)
NAS/lmk

CC: Edward Walsh
**DISK ENCLOSED**                              **(NOT ONLINE YET)**