```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

         # 00500452 - MD M.D
           July 25, 2005

   Code    Case #    Qty     Amount

   APPEAL D 03--269e   1 @  255.00
                              255.00 CH

     TOTAL→              255.00


   FROM: NEAL A. SANDERS
         1924 NORTH MAIN STREET
         BUTLER, PA 16001
```