UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
700 GRANT STREET
PITTSBURGH, PA 15219
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

October 18, 2006

Neal A. Sanders
Law Offices of Neal Sanders
1924 North Main Street Ext.
Butler, PA 16001

David S. Fryman
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Re: **WALSH v. WAL-MART STORES, INC.**
Civil Action No. **1:03-cv-269 Erie**

Counsel:

Judgment was entered on the docket in favor of the defendant. An appeal was filed and the district court has been affirmed by the Third Circuit Court of Appeals. A Bill of Costs has been filed by the defendant and the plaintiff shall now have until **October 30, 2006** to file any objections. **Failure to file any objections will be deemed to have consented to the Bill of Costs.**

You are hereby advised that any determination of costs by the Clerk may be reviewed by the court upon motion served with five days thereafter under Rule 54(d) of the Federal Rules of Civil Procedure.

Sincerely,

*R.V. Barth, Jr.*

Robert V. Barth, Jr.
Clerk of Court

cc: File