```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **EDWARD L. WALSH,** | : | Electronically Filed |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 03-269 E |
| vs. | : | |
| | : | |
| | : | Judge Maurice Cohill |
| **WALMART STORES, INC.,** | : | |
| | : | |
| Defendant. | : | |

### OPPOSITION TO DEFENDANT'S BILL OF COSTS- HARDSHIP

AND NOW, comes Plaintiff, Edward L. Walsh, by and through his counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire of the Law Offices of Neal A. Sanders, and files this Opposition to Defendant's Bill of Costs and states as follows:

1. The Defendant's Bill of Costs in the amount of $1,807.67 has been thoroughly reviewed.

2. The Bill of Costs in the amount of $1,807.67 is disputed.

3. Plaintiff is 82 years of age and unable to pay said costs due to financial hardship.

4. The Court of Appeals recognized this and entered judgment for Defendant but did not order the Appellant to pay Appellee costs.

5. The same treatment is appropriate by the Trial Court.

WHEREFORE, Plaintiff prays upon this Honorable Court that Defendant's Bill of Costs be denied in its entirety and execute the attached Order.

                                        Respectfully submitted,

Dated: October 30, 2006        /s/Neal A. Sanders
                                        Neal A. Sanders, Esquire
                                        PA ID NO. 54618
                                        Co-Counsel for Plaintiff,
                                        Edward L. Walsh

                                        /s/Dirk D. Beuth
                                        Dirk D. Beuth, Esquire
                                        PA ID NO. 76036
                                        Co-Counsel for Plaintiff,
                                        Edward L. Walsh

                                        LAW OFFICES OF NEAL A. SANDERS
                                        1924 North Main Street Ext.
                                        Butler, Pa 16001
                                        (724) 282-7771