```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **EDWARD L. WALSH,** | : | Electronically Filed |
| Plaintiff, | : | |
| | : | Civil Action No. 03-269 E |
| vs. | : | |
| | : | Judge Maurice Cohill |
| **WALMART STORES, INC.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, based upon Plaintiff's Opposition to Defendant's Bill of Costs, Defendant's Bill of Costs is denied in its entirety.

				BY THE COURT,


				_____J.