UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-3584

EDWARD L. WALSH,

                                                                              Appellant

v.

WAL MART STORES INC.

Appeal from the
United States District Court for the
Western District of Pennsylvania
(D.C. No. 03-cv-00269E)
District Judge: The Honorable Maurice B. Cohill

Submitted Under Third Circuit LAR 34.1(a)
September 29, 2006

Before: MCKEE and AMBRO, Circuit Judges, and
RESTANI*, Judge

## JUDGMENT

This cause came to be heard on the record before the United States District Court for

the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR

---

*Honorable Jane A. Restani, Chief Judge of the United States Court of
International Trade, sitting by designation.

34.1(a) on September 29, 2006.

After considering the contention raised by the appellant that the court erred because there exists a triable issue of fact on the claim of retaliation, it is ORDERED AND ADJUDGED that the grant of summary judgment by the District Court is AFFIRMED. All of the above are in accordance with the opinion of this Court. The parties are to bear their own costs.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 2 October 2006



Certified as a true copy and issued in lieu of a formal mandate on October 24, 2006

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**